11th
Court of Appeal

                                                                  Eastland,
Texas

                                                                        Opinion

 

Michael Loyd Milner

Appellant

Vs.                   Nos. 11-01-00023-CR &
11-01-00024-CR B Appeals from Dallas County

State of Texas

Appellee

 

Appellant has filed in this court motions to
dismiss his appeals.  In his motions,
appellant states that he no longer wishes to Abe on an Appeal.@  Appellant has personally
signed these motions.   TEX.R.APP.P.
42.2(a).

The motions are granted, and the appeals are
dismissed.

 

PER CURIAM

 

January 10, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.